

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

September 27, 2021

**BY EMAIL**
The Honorable Paul E. Davison
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      Re: *United States v. Jagtar Chadha*, 20 Mag 600

Dear Judge Davison:

      The Government respectfully requests that the docket in the above-referenced case be unsealed as the defendant has been indicted, has pleaded guilty to the indictment, and the reasons supporting the prior sealing are no longer applicable.

So ordered 9/28/21

                                            Very truly yours,

                                            AUDREY STRAUSS
                                            United States Attorney


                                  by: /s/ Courtney Heavey
                                            Courtney Heavey
                                            Assistant United States Attorney
                                            (914) 993-1927