UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - -x

United States                          :

          v.                           :

JAGTAR CHADHA                          :

- - - - - - - - - - - - - - - - - - - - -x

**SEALED ORDER**

20 Mag. 600

      WHEREAS, an application has been made by the United States of America, with Jagtar Chadha (the 'defendant's') consent, for the temporary sealing of filings and other docket entries in the above-captioned case, and the captioning of the case as United States v. John Doe in the public docket;

      WHEREAS, the Court finds that law enforcement's investigations may be compromised if the Government's application is not granted;

      IT IS HEREBY ORDERED that filings in the above-captioned case be filed under seal, and the case shall be captioned as United States v. John Doe in the public docket, until further order by this Court;

      IT IS FURTHER ORDERED that no docket entries shall be made in the above-captioned matter until further Order by this Court; and

IT IS FURTHER ORDERED that counsel for the defendant and the Government may be provided a copy of the transcript of proceedings in this matter without further Order of the Court and that counsel for the Government may share a copy of the complaint and transcript of the proceedings with the United States Attorney's Office for the Eastern District of New York and the United States Probation Office on the condition that it be treated as a sealed filing; and

IT IS FINALLY ORDERED that the Government shall report to the Court on or before six months after execution of this Order regarding the continuing need, if any, to maintain these matters under seal.

SO ORDERED:

Dated: White Plains, New York
January 22, 2020

THE HONORABLE LISA MARGARET SMITH
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK